BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15mj00012 SKO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | (UNDER SEAL) |
| JEREMY SCOTT DANIELSON, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and arrest warrant in the above-captioned matter be unsealed.

DATED: 1/10/15

GARY S. AUSTIN
U.S. Magistrate Judge