HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar # 241210
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JEREMY SCOTT DANIELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:15-cr-00043-LJO-SKO |
| Plaintiff, | ) |
| | ) STIPULATION TO VACATE TRIAL DATES |
| vs. | ) AND SET CHANGE OF PLEA FOR MARCH 7, |
| | ) 2016, AT 8:30 A.M. BEFORE JUDGE |
| | ) LAWRENCE J. O'ENILL; ORDER |
| JEREMY SCOTT DANIELSON, | ) |
| | ) Date:   March 7, 2016 |
| Defendant. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |
| | ) |

   **IT IS HEREBY STIPULATED** by and between the parties through their respective

counsel, Assistant United States Attorney, Karen Ann Escobar, counsel for the plaintiff, and

Assistant Federal Defenders, Megan T. Hopkins and Janet Bateman, counsel for defendant,

Jeremy Scott Danielson, that the matter be set for a change of plea hearing on March 7, 2016, at

8:30 a.m., before Honorable Lawrence J. O'Neill.  The parties further stipulate that the trial

currently scheduled for May 10, 2016, at 8:30 a.m. be vacated upon the entry of defendant's

guilty plea.

///

///

///

///

1    The parties have reached a resolution in this case and a plea agreement has been filed

2  with the court.

3

4                                    Respectfully submitted,

5                                    BENJAMIN B. WAGNER
                                     United States Attorney
6

7  Date:  February 23, 2016          */s/ Karen Ann Escobar*_____
                                     KAREN ANN ESCOBAR
8                                    Assistant United States Attorney
                                     Attorney for Plaintiff
9

10                                   HEATHER E. WILLIAMS
                                     Federal Defender
11

12 Date:  February 23, 2016          */s/ Megan T. Hopkins*_____
                                     MEGAN T. HOPKINS
13                                   JANET BATEMAN
                                     Assistant Federal Defenders
14                                   Attorneys for Defendant
                                     Jeremy S. Danielson
15

16                         **O R D E R**

17

18
   IT IS SO ORDERED.
19

20    Dated:  __**February 24, 2016**__          ____**/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28