BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JEREMY SCOTT DANIELSON,<br><br>            Defendant. | CASE NO. 1:15-cr-0043  LJO-SKO<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for sentencing on Tuesday, March 31, 2016, at 8:30 a.m.

   2.   By this stipulation, the parties agree to continue the sentencing hearing to June 27, 2016, at 8:30 a.m.

   3.   The parties further agree and stipulate to the following revised briefing schedule:

      a.   The deadline for the filing of formal objections and sentencing memoranda shall be June 13, 2016.

      b.   The deadline for the filing of any response shall be June 20, 2016.

1

IT IS SO STIPULATED.

DATED:     May 16, 2016.          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Karen A. Escobar_____
                                  KAREN A. ESCOBAR
                                  Assistant United States Attorney


DATED:     May 16, 2016.


                                  /s/ Janet Bateman
                                  JANET BATEMAN
                                  MEGAN HOPKINS
                                  Counsel for Defendant Danielson


**O R D E R**

   NOTE:  The stipulation refers to a sentencing date on March 31.  This is a simple error. It should have been May 31.

   Granted.

IT IS SO ORDERED.

   Dated:   **May 17, 2016**           **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE

2