IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY SCOTT DANIELSON,<br><br>    Defendant. | Case No.:  1:15-cr-00043-001 LJO<br><br>ORDER OF RELEASE |

IT IS HEREBY ORDERED that defendant Jeremy Scott Danielson shall be released to Delilah Danielson, from the Fresno County Jail on Sunday, August 19, 2018, at 8:00am.  The defendant shall report to Turning Point, Residential Reentry Center on Monday, August 20, 2018 at 8:00am to be admitted and complete residential program.


IT IS SO ORDERED.

   Dated:  **August 10, 2018**               /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE